## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **TETYANA S. DOOLITTLE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:13cv142-JRS |
| | ) |
| **EQUIFAX INFORMATION SERVICES, LLC,** | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE REGARDING MAGISTRATE JURISDICTION

Defendant SunTrust Mortgage, Inc., by counsel, in accordance with the Court's June 5, 2013 Notice of Pretrial Conference [Dkt. No. 19], hereby confirms that it declines to consent to have this matter referred to a magistrate for trial and that it does intend to proceed to trial before the Honorable James R. Spencer, U.S. District Judge.

Dated:  June 12, 2013.                Respectfully submitted,

SUNTRUST MORTGAGE, INC.

By:    /**s**/
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
Robert J. Allen (VSB No. 65214)
Email: rallen@spottsfain.com
SPOTTS FAIN PC
Post Office Box 1555
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for SunTrust Mortgage, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of June, 2013, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

      By:   **/s/**
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
Robert J. Allen (VSB No. 65214)
Email: rallen@spottsfain.com
SPOTTS FAIN PC
Post Office Box 1555
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for SunTrust Mortgage, Inc.*